# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID HICKS, individually and                                                                PLAINTIFF
on behalf of all others similarly situated

v.                                        No. 4:17CV00330 JLH

FRITO-LAY, INC.; and
ROLLING FRITO-LAY SALES, LP                                                                  DEFENDANTS

## ORDER

The parties have filed a joint motion for approval of the FLSA release and to dismiss the complaint with prejudice. They have also provided a copy of the settlement agreement under seal, and the Court has reviewed it. The settlement agreement is the product of contested litigation and is a fair and reasonable resolution of the bonafide dispute between the parties. The joint motion for approval of the release is therefore GRANTED. Document #22. The Court hereby approves the settlement agreement.

The complaint of David Hicks is hereby dismissed with prejudice. The Court retains complete jurisdiction for thirty (30) days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 11th day of February, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE